**Pilgrim v New York City Health & Hosps. Corp.**

2025 NY Slip Op 31541(U)

April 29, 2025

Supreme Court, Kings County

Docket Number: Index No. 505211/2025

Judge: Consuelo Mallafre Melendez

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.

This decision has been published at
2025 NY Slip Op 25106.